# Case Assignment
## Standard Civil Assignment

Case number **3:21CV-531-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 8/20/2021 11:21:03 AM
Transaction ID: 59094

Request New Judge Return

Fee paid
Receipt# L33067726