**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **MARILYN SLUSHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:21cv00531-RGJ-CHL** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S SUPPLEMENTAL DISCLOSURE STATEMENT**

Defendant, Lincoln Life Assurance Company of Boston, files this Supplemental Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. Effective October 1, 2021, Lincoln Life Assurance Company of Boston has merged with The Lincoln National Life Insurance Company, an Indiana insurance company.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 21st day of October 2021.

Respectfully submitted,


By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert A. Florio, Esq.
Email: raflorioatty@hotmail.com

| | |
|---|---|
| October 21, 2021 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |