**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:21-CV-000532-RGJ**

**MARYLYN SLUSHER** **PLAINTIFF**

**v.** **JOINT NOTICE OF PENDING SETTLEMENT**

**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON** **DEFENDANT**

Plaintiff, MARYLYN SLUSHER, ("Plaintiff"), by her attorney Robert A. Florio, and Defendant, LINCOLN LIFE ASSUANCE COMPANY OF BOSTON (Defendant), by its attorney Iwana Rademaekers, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing settlement. Upon completion, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days.

Respectfully submitted,

s/s ROBERT A. FLORIO
Attorney for Plaintiff
Robert A. Florio
1500 Story Ave. Suite 2B
Louisville, Kentucky 40206
(502) 587-0228
raflorioatty@hotmail.com

s/s IWANA RADEMAEKERS *signed with permission*
Attorney for Defendant
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

## CERTIFICATE OF SERVICE

I certify that on April 9, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing to:

s/s IWANA RADEMAEKERS *signed with permission*
Attorney for Defendant
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

s/s ROBERT A. FLORIO