UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARILYN SLUSHER | Plaintiff |
| v. | Civil Action No. 3:21CV-531-RGJ |
| LINCOLN LIFE INSURANCE CO. OF BOSTON | Defendant |

* * * * *

**ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 12], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

April 11, 2022

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record