UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

Civil Action No. 3:21cv000531-RGJ-CHL

MARILYN SLUSHER Plaintiff

**ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON Defendant

Upon Motion by the attorney for the Plaintiff, the Motion to withdraw from the above referenced matter is SUSTAINED.