UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

Civil Action No. 3:21cv000531-RGJ-CHL

MARILYN SLUSHER Plaintiff

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON Defendant

*** *** ***

MOTION TO WITHDRAW

*** *** ***

Comes now the attorney for the Plaintiff and move to withdraw as counsel in the above referenced action. In support of the Motion the movant avers:

1. On or about July 30, 2021 Plaintiff filed her original action seeking wage replacement benefits in Jefferson Circuit Court, 21-CI-04107. The Complaint sounded in contract and ERISA;

2. On August 29, 2021 the case was removed to the Federal District Court on subject matter jurisdiction grounds;

3. During the ensuing months counsel keep in constant communication in an attempt to settle the matter;

4. A settlement was reached on or about April 8, 2022 on terms agreeable to all parties;

5. Client was advised she would have to sign a settlement agreement to conclude the business;

6. On or about February 20, 2020 the settlement agreement was faxed to client with the agreement client would sign agreement and fax or mail back to attorney.

7. After this date client stopped communicating with this counsel or staff in any way whatsoever, correspondence, e-mail, text, certificated letters, etc. client provided no response and did not return the aforementioned release.

Wherefore, since communication between client and counsel has all together ceased, the Attorney Moves to withdraw from this action.

Respectfully submitted,

By: /s/Robert A. Florio

Robert A. Florio
1500 Story Avenue, Ste 2B
Louisville KY 40206
PH: (502) 587-0228
Email: rafliorioatty@hotmail.com
COUNSEL FOR PLAINTIFF

CERTIFICATE

I certify the foregoing was delivered to the following via US.D.C.W.D.K. E-file system system:

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

and by US Mail First Class to:

Marilyn Slusher
PO Box 923
Barbourville, KY 40906

By: /s/Robert A. Florio