UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

MARILYN SLUSHER Plaintiff

Civil Action No. 3:21cv000531-RGJ-CHL

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON Defendant

**DEFENDANT'S RESPONSE TO PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW**

Defendant Lincoln Life Assurance Company of Boston files this Response to the Amended Motion to Withdraw (Document 15) filed by Plaintiff's counsel, Robert Florio, and states as follows:

1. As Plaintiff's counsel stated, on or about April 8, 2022, the Parties reached a settlement of all issues in dispute in this matter, and the Parties notified the Court by filing a Notice of Settlement (Document 12) on April 9, 2022, stating that the Parties anticipate filing closing papers with the Court within the next 30 days. On April 11, 2022, the Court issued an Order (Document 13) striking the case from the active docket and giving the Parties 45 days to file an agreed order dismissing the case with prejudice.

2. A Confidential Settlement and General Release was prepared that contains the terms that were agreed to, and the Release was forwarded to Plaintiff's counsel for Plaintiff's signature. To date, neither Defendant nor its counsel have received the signed Release in accordance with the settlement terms. Plaintiff's counsel has advised Defendant's counsel that his client is no longer communicating with Plaintiff's counsel and that Plaintiff's counsel would seek to withdraw from the case due to lack of communication from is client. Defendant does not object to Mr. Florio's Motion to Withdraw as counsel of record for Plaintiff, Marilyn Slusher.

3. Lincoln stands ready to fulfill its obligations under the terms of the settlement once Plaintiff signs the Release.

Respectfully submitted this 24th day of May 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert A. Florio, Esq.
Email: raflorioatty@hotmail.com

I further certify that a copy of the foregoing was sent by US First Class Mail to:

Marilyn Slusher
PO Box 923
Barbourville, KY 40906

May 24, 2022 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers