**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:21-CV-00531-RGJ-CHL**

**MARILYN SLUSHER,** **Plaintiff,**

**v.**

**LINCOLN LIFE INSURANCE CO. OF BOSTON,** **Defendant.**

# ORDER FOR EX PARTE HEARING

Before the Court is a motion for leave to withdraw as counsel for Plaintiff Marilyn Slusher filed by Robert. A. Florio. (DN 15.) This matter will be set for an *ex parte* hearing as set forth below.

Accordingly,

IT IS HEREBY ORDERED as follows:

1. This matter is set for an *ex parte* hearing via videoconference on **June 2, 2022 at 1:00 PM EST**. **Ms. Slusher is required to personally attend**. If Defendant Lincoln Life Insurance Co. of Boston wishes to state a position on Mr. Florio's motion, it will be permitted do so at the start of the hearing before the Court proceeds *ex parte*.
2. Mr. Florio shall take all reasonable steps to ensure Ms. Slusher's attendance at the hearing.
3. The Clerk of Court is directed to send a copy of this Order to Ms. Slusher via certified mail.

May 27, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
Marilyn Slusher
PO Box 923
Barbourville, KY 40906