UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

Civil Action No. 3:21cv000531-RGJ-CHL

MARILYN SLUSHER Plaintiff

**ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON Defendant

*** *** ***

WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

**** *** ***

Comes now the attorney for the Plaintiff, and herein withdraws his Motion to Withdraw as Counsel for the Plaintiff. In support of the withdrawal the attorney avers:

1. Counsel and client have reconciled on the settlement of the action;
2. Client has accepted the settlement of this matter as originally agreed;
3. Client and attorney have executed a release in this matter and same has been transmitted to defense counsel.
4. Attorney is in the process of supplying banking information to defense attorney so as to obtain settlement funds.

Respectfully submitted,

By: /s/Robert A. Florio

ROBERT A. FLORIO
1500 STORY AVE.
Louisville, KY 40206
Counsel for Plaintiff
502-587-0228
rafloriotty@hotmail.com

CERTIFICATE

I certify the foregoing was delivered to the following via US.D.C.W.D.K. E-file system system:

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

By: /s/Robert A. Florio