**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:21-CV-00531-RGJ-CHL**

**MARILYN SLUSHER,** **Plaintiff,**

**v.**

**LINCOLN LIFE INSURANCE CO. OF BOSTON,** **Defendant.**

**ORDER**

Before the Court is a Motion to Withdraw as counsel for Plaintiff Marilyn Slusher filed by Robert A. Florio. (DN 15.) In the motion, Mr. Florio states as grounds for withdrawal that following the negotiation of a settlement agreement between the Parties, "communication between client and counsel has all together ceased." (*Id.* at PageID # 55.) Subsequently, Mr. Florio filed a motion titled "Withdrawal of Motion to Withdraw as Counsel." (DN 18.) In the latter motion, Mr. Florio states that "[c]ounsel and client have reconciled on the settlement of the action . . . [and] have executed a release in this matter and same has been transmitted to defense counsel." (*Id.* at PageID # 60.)

Accordingly,

IT IS HEREBY ORDERED as follows:

1. Mr. Florio's Withdrawal of Motion to Withdraw as Counsel (DN 18) is **GRANTED**.
2. Mr. Florio's Motion to Withdraw (DN 15) is **DENIED as moot**.
3. On or before **July 18, 2022**, the Parties shall tender an agreed order dismissing this case with prejudice.

Colin H Lindsay, Magistrate Judge
United States District Court

June 3, 2022

cc: Counsel of record