**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marilyn Slusher
P.O. Box 923
Barbourville, KY 40906
3:21-cv-531-RGJ, DN 17 (certified mail)

9590 9402 6751 1074 1087 74

2. Article Number *(Transfer from service label)*

7021 0350 0001 8552 7761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marilyn Slusher ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
JAMES J. VILT, JR. - CLERK
JUN 13 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

KNOXVILLE TN 377

8 JUN 2022 PM 1 L

9590 9402 6751 1074 1087 74

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. District Court - Clerk's Office
601 W. Broadway
Louisville, KY 40202